IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY HUNTER and CHRIS HUNTER**                                                              **PLAINTIFFS**

**v.**                              **Case No. 4:13-cv-00511 KGB**

**INLITEN, L.L.C., OSRAM SYLVANIA, INC.,**
**and HOME DEPOT U.S.A., INC., d/b/a THE**
**HOME DEPOT**                                                                                            **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 16). All parties stipulate to the dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the complaint and all claims in this action are dismissed without prejudice.

SO ORDERED this 6th day of May, 2014.

_____
Kristine G. Baker
United States District Judge

**EXHIBIT A TO AGREED PROTECTIVE ORDER**

**AGREEMENT CONCERNING MATERIAL COVERED BY AN ORDER ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION**

The undersigned hereby acknowledges that he or she has read the attached Agreed Protective Order entered in the United States District Court for the Eastern District of Arkansas, Western Division, in the action entitled *Larry Hunter and Chris Hunter, plaintiffs, v. Inliten, L.L.C., OSRAM Sylvania, Inc., and Home Depot U.S.A, Inc., d/b/a The Home Depot, defendants,* Case No. 4:13-cv-00511 KGB, and understands the terms thereof and agrees to be bound by such terms.

Dated: _____

_____
Signature

_____
Typed or printed name